IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: * | |
| * | |
| **GLENN MONROIG JONAS &** * | **CASE NO. 10-04137** |
| **SONIA RIVERA VELEZ** * | |
| * | **CHAPTER 11** |
| * | |
| **DEBTORS** * | |

**************************************************

## DEBTOR'S MOTION IN COMPLIANCE
## WITH 11 U.S.C. SECTION 1116

**TO THE HONORABLE COURT:**

    COMES NOW, Debtor, through the undersigned attorney, who respectfully states and prays as follows:

1. Debtors filed this petition for relief under Chapter 11 of the Bankruptcy Code on May 14, 2010.

2. The instant case falls within the definition of 11 U.S.C. Section 101(51D) being this debtor classified as a "small business debtor". Pursuant the provisions of 11 U.S.C. Section 1116, debtor is required to provide certain documents and financial information to the Court and the U.S. Trustee.

3. In compliance with the provisions of 11 U.S.C. Section 1116, debtor joins to this motion in order to be made part of the record of this case the following documents.

    a)     Copy of the Income Tax Return ended December 31, 2009.
    b)     Copy of the Income Tax Return ended December 31, 2008.
    c)     Copy of the Unaudited Financial Statement December 31, 2008.
    d)     Copy of the Income Tax Return ended December 31, 2007.

**WHEREFORE**, debtor prays this Honorable Court to take notice of the aforesaid and to grant any further relief as deemed appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico this 14th day of May 2010.

*/s/ Mª Mercedes Figueroa y Morgade*
Mª Mercedes Figueroa y Morgade
USDC-PR 207108
3415 Alejandrino Ave.,
Box 703
Guaynabo, PR 00969-4956
Tel 787/234-3981
figueroaymorgadelaw@yahoo.com